ORIGINAL

FILED

02/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0563

IN RE THE PARENTING PLAN OF:
S.N.,

ROBERT NEWHOUSE,

      Petitioner and Appellee,

v.

MARION KEEZER, k/n/a MARION SCOTT

      Respondent and Appellant.

FILED

FEB 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On January 20, 2023, Appellee Robert Newhouse, via counsel, timely filed his answer brief in this matter. Pursuant to M. R. App. P. 13(1), Appellant Marion Keezer, k/n/a Marion Scott, had 14 days after service of the answer brief to file her reply brief—in this instance, such brief was due on or before February 3, 2023. No reply brief was filed and on February 7, 2023, the Clerk of this Court transmitted the case to this Court for classification on appeal.

On February 10, 2023, Appellant, via counsel, moved for an extension of time of an additional 30 days to file the reply. Although counsel asserts she is currently "exceptionally scheduled in Court matters" that requires more time to draft the reply brief, she does not acknowledge that her request for extension of time is itself untimely nor does she offer any explanation for her failure to timely move for extension of time. Thus she has not provided good cause for this untimeliness.

IT IS THEREFORE ORDERED that Appellant's motion for extension of time to file a reply brief is DENIED.

DATED this 14th day of February, 2023.

For the Court,

By _____
Chief Justice